UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C11-1999 EMC |
|     Plaintiff, | |
|     v. | **ORDER TO SHOW CAUSE** |
| TERESITA D. SULIT, et al., | |
|     Defendants. | |
| _____/ | |

    Defendant Teresita Sulit filed a Notice of Removal with this Court on April 22, 2011. An order setting a case management conference for September 23, 2011 was filed and mailed to defendant at her last known address on August 11, 2011. The mailing has not been returned.

    On September 23, 2011, this Court held a case management conference in this case. Attorney Jonathan Bornstein appeared for Plaintiff Wells Fargo Bank. Defendants did not appear. At that hearing, Mr. Bornstein informed the Court that the state court unlawful detainer action has already been concluded. The Court directed Mr. Bornstein to submit briefing and proposed order regarding remand vs. dismissal by October 7, 2011. Betty Lee, Courtroom Deputy to this Court, contacted Mr. Bornstein three separate occasions (November 18, 2011, December 13, 2011, and January 17, 2012) and reminded Mr. Bornstein to submit such briefing and was last informed that a briefing and proposed order would be submitted by January 24, 2012. As of this date, such briefing and proposed order has not been submitted.

    Accordingly, Attorney Jonathan Bornstein is hereby ordered to show cause in writing why he should not be sanctioned and why this case should not be dismissed for failure to comply with this Court's order. Mr. Bornstein's show cause response must be filed in this Court no later than

February 17, 2012. Mr. Bornstein is further directed to appear for a show cause hearing on **March 2, 2012 at 1:30 p.m.** in Courtroom 5, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Failure to file a response or to appear at the hearing will result in sanction and dismissal of the action.

    IT IS SO ORDERED.

Dated: February 7, 2012

                                              _____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,

        Plaintiff,

v.

TERESITA D SULIT et al,

        Defendant.

Case Number: CV11-01999 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Herschel Bornstein
Law Offices of Bornstein & Bornstein
507 Polk Street
Suite 320
San Francisco, CA 94102-3339

Teresita D. Sulit
101 University Street
San Francisco, CA 94134

Dated: February 7, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3