1 Jonathan Herschel Bornstein (Cal. SBN 163392)
2 Kathryn Quetel (SBN 167100)
Bornstein & Bornstein
3 507 Polk Street, Suite 410
San Francisco, CA 94118-3396
4 Telephone: (415) 409-7611
5 Facsimile: (415) 409-9345

6 Attorneys for Plaintiff Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case Number: C11-1999 EMC |
| Plaintiff, | [P~~ROPO~~SED] ORDER DISMISSING ACTION. |
| v. | |
| TERESITA D. SULIT, ET AL., | Date: March 2, 2012 |
| | Time: 1:30 p.m. |
| | Location: Courtroom 5, 17th Floor |
| Defendants. | Judge: Hon. Edward M. Chen |
| | Case Filed: April 22, 2011 |
| | Trial: None. |

IT IS HEREBY ORDERED that this matter shall be and hereby is **DISMISSED**.

Dated: 3/1 , 2012        By: _____
                              EDWARD M. CHEN
                              United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

-1-

Order Dismissing Action