1 Jonathan Herschel Bornstein (Cal. SBN 163392)
2 Kathryn Quetel (SBN 167100)
Bornstein & Bornstein
3 507 Polk Street, Suite 410
San Francisco, CA  94118-3396
4 Telephone:   (415) 409-7611
5 Facsimile:    (415) 409-9345

6 Attorneys for Plaintiff Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case Number:  C11-1999 EMC |
| Plaintiff, | [~~PROPO~~SED]  ORDER  DISMISSING ACTION. |
| v. | |
| TERESITA D. SULIT, ET AL., | Date:         March 2, 2012 |
| | Time:        1:30 p.m. |
| Defendants. | Location:   Courtroom 5, 17th Floor |
| | Judge:       Hon. Edward M. Chen |
| | Case Filed: April 22, 2011 |
| | Trial:         None. |

IT IS HEREBY ORDERED that this matter shall be and hereby is **DISMISSED**.

Dated:  3/1 , 2012        By: _____
                                         EDWARD M. CHEN
                                         United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-1-

Order Dismissing Action